# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br>              Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 67.164.23.205, <br><br>              Defendant. | Case Number: 5:26-cv-00132-SVK <br><br> Honorable Susan van Keulen <br><br> [PROPOSED] ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE |

THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for April 7, 2026, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's application is granted. Plaintiff shall have until June 5, 2026 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for April 7, 2026 is continued to July 14, 2026 at 9:30 a.m. A Joint Case Management Statement is due **July 7, 2026**.

**DONE AND ORDERED**.

Dated: March 30, 2026            By: _____
                                          **United States Magistrate Judge**
                                          Hon. Susan van Keulen

[Proposed] Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 5:26-cv-00132-SVK